Entered on Docket
December 22, 2009

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

___

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. *********6477/ Our File No. 09-10-20484

Attorney for Secured Creditor
Ocwen Loan Servicing, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
    DORIS BUKLE,
        Debtor(s)

CHAPTER 7
BANKRUPTCY NO.: 09-29266-MKN
DATE: Dec 02, 2009
TIME: 1:30 PM

### ORDER TERMINATING THE AUTOMATIC STAY RE: DEBTOR AND BANKRUPTCY ESTATE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re: Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, Ocwen Loan Servicing, LLC, its assignees and/or successors in interest, regarding the property located and generally described as 3404 Lockport Street, Las Vegas, NV 89129, ("Property" herein) and legally described as follows:

SEE LEGAL DESCRIPTION ATTACHED

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By:     /s/ Michael W. Chen               Date: _____
        Michael W. Chen, Esq.
        Attorney for Secured Creditor
        Ocwen Loan Servicing, LLC


By:     Emailed 12/7/09- No Response Received     Date: _____
        William Leonard
        Chapter Trustee

# EXHIBIT 'A'

**PARCEL I:**

LOT FIFTY-NINE (59) IN BLOCK THREE (3) OF NORTHSHORES PHASE II LOT "H" UNIT I, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 67 OF PLATS, PAGE 71, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, AND BY CERTIFICATE OF AMENDMENT RECORDED JUNE 1, 1995 IN BOOK 950601 AS DOCUMENT NO. 00839 OF OFFICIAL RECORDS.

**PARCEL II:**

A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL ONE (I) FOR INGRESS, EGRESS, AND ENJOYMENT IN AND OVER COMMON AREAS, AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR NORTHSHORES RECORDED MAY 27, 1994 IN BOOK 940527 AS DOCUMENT NO. 01476 AND AS SET FORTH IN THE SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR CAMBRIDGE CROSSING, RECORDED ON NOVEMBER 30, 1995 IN BOOK 951130 AS DOCUMENT NO. 01562 AS THE SAME MAY FROM TIME TO TIME BE AMENDED AN/OR SUPPLEMENTED, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

    \_\_\_\_ The court has waived the requirement of approval under LR 9021.

    \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

    _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

        William A. Leonard.– failed to respond

I declare under penalty and perjury that the foregoing is true and correct.

        _/s/ Tyler Sharpe_
        An Employee of THE COOPER CASTLE LAW FIRM